if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Suzanne F. MOTTOLA, Respondent.

## Nos. 516 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

April 23, 1999.

*O R D E R*

PER CURIAM:

AND NOW, this 23 rd day of April, 1999, there having been filed with this Court by Suzanne F. Mottola her verified Statement of Resignation dated March 22, 1999, stating that she desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Suzanne F. Mottola be and it is hereby accepted and she is DISBARRED ON CONSENT from the Bar of the Commonwealth of · Pennsylvania; and it is further ORDERED that she shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

## In the Matter of Joseph DeMESQUITA.

Supreme Court of Pennsylvania.

April 23, 1999.

*O R D E R*

PER CURIAM:

AND NOW, this 23rd day of April, 1999, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated March 8, 1999, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.